IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THEODORE HAUGLAND, Plaintiff, | ) | CV 26-00377 HG-RT |
| vs. | ) | |
| INTEL CORPORATION, Defendant. | ) | |

ORDER ADOPTING WITH MODIFICATION THE FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND DISMISS THE COMPLAINT (ECF No. 6)

The Findings and Recommendation having been filed and served on all parties on August 31, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND DISMISS THE COMPLAINT (ECF No. 6) is **ADOPTED WITH MODIFICATION** as the opinion and order of this Court.

**MODIFICATION**

1. On page 3, line 16, REPLACE "ECF No. 6" with "ECF No. 1."
2. On page 3, FN 1, line 2, INSERT "an" before "8-year."
3. On page 3, FN 1, line 3, REPLACE "daughter" with "daughters."
4. On page 4, line 6, REPLACE "6" with "1" and REPLACE "71-88"

with "3-4."

**CONCLUSION**

The Complaint (ECF No. 1) is DISMISSED.

Plaintiff is GRANTED LEAVE to file an Amended Complaint that cures all deficiencies identified in the Findings and Recommendation on or before **Friday, October 16, 2026.**

Failure to file an Amended Complaint in full conformance with the Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the Orders of this Court on or before the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, September 17, 2026.

Helen Gillmor
United States District Judge

Haugland v. Intel Corporation, 26-cv-00377-HG-R, ORDER ADOPTING WITH MODIFICATION FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND DISMISS THE COMPLAINT (ECF No. 6)